No. 84–421. ROWLAND ET AL. *v.* DEMERY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 84–533. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* ARANGO. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 84–714. DISTRICT OF COLUMBIA BOARD OF PAROLE ET AL. *v.* BRANDON. C. A. D. C. Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 84–736. FLORIDA *v.* JAMISON. Dist. Ct. App. Fla., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮